UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | GRAND JURY ORIGINAL |
| **FERNANDO ROSELES VASQUEZ,** | : | VIOLATIONS:  18 U.S.C. §1546(a) |
| **Defendant.** | : | (Possession of Fraudulent Documents |
| | : | Prescribed for Authorized Stay or Employment |
| | : | in the United States); |
| | : | 18 U.S.C. §1028A(a)(1) |
| | : | (Aggravated Identity Theft) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about December 6, 2006, within the District of Columbia, defendants **FERNANDO ROSELES VASQUEZ,** did knowingly possess documents prescribed by statute or regulation for entry into and as evidence of authorized stay and employment in the United States, that is, false social security cards, a false permanent resident card, and a false employment authorization card, knowing them to be forged, counterfeited, altered, and falsely made.

**(Possession of Fraudulent Documents Prescribed for Authorized Stay or Employment in the United States**, in violation of Title 18, United States Code, Section 1546(a))

## COUNT TWO

1. The allegations contained in Count One of this Indictment are hereby realleged and incorporated as if set forth herein.

2. On or about December 6, 2006, within the District of Columbia, defendant **FERNANDO ROSELES VASQUEZ,** did knowingly transfer, possess and use, without lawful authority, a means of identification of another person during and in relation to a felony offense relating to fraudulent and false documents, as specified in Count One of this indictment, and such means of identification consisted of false social security cards with the following social security numbers that are fully known by the Grand Jury and identified herein by the last four digits, "7842," and "7541," a false resident alien card with the following alien registration number that is fully known by the Grand Jury and identified herein by the last four digits, "2102", and a false employment authorization card, that is fully known by the Grand Jury and identified herein by the last four digits, "4473."

   **(Aggravated Identity Theft**, in violation of Title 18, United States Code, Section 1028A(a)(1))

A TRUE BILL:


FOREPERSON.


Attorney of the United States in
and for the District of Columbia