UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-017 |
| | : | |
| v. | : | |
| | : | |
| FERNANDO ROSELES VASQUEZ | : | |
| | : | |
| **Defendant** | : | |

## NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney Precious Murchison, telephone number (202) 307-6080 and this is notice of her appearance in this matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
Bar No. 498610

_____/s/_____
Precious Murchison
Assistant United States Attorney
Maryland Bar
Federal Major Crimes
555 4th Street, NW   Room 4840
Washington, DC 20530
(202) 307-6080