# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA     :
                                    :
           v.                 :     CRIMINAL NO.  07-017 (JDB)
                                    :
FERNANDO ROSELES VASQUEZ     :
                                    :
      Defendant.         :
_____:

## NOTICE OF FILING

The government requests that the attached discovery letter, dated February 8, 2007,  be made part of the record in this case.

                        Respectfully submitted,


                        JEFFREY A. TAYLOR
                        United States Attorney
                        DC Bar No. 498610


By:      _____/s/_____
           Precious Murchison
           Assistant United States Attorney
           Maryland Bar
           U.S. Attorney's Office
           555 4th Street, N.W., Rm. 4840
           Washington, D.C. 20530
           (202) 307-6080

## Certificate of Service

I hereby certify that a copy of the discovery letter dated February 8, 2007, with attachments, was served by first class mail to counsel for the defendant, Tony Mile, Esquire, Office of the Federal Public Defender, 625 Indiana Avenue, N.W. Suite 550, Washington, DC 20004,  this __9th___ day of February, 2007.


                        _____
                        Assistant United States Attorney



**U.S. Department of Justice**

United States Attorney

*District of Columbia*

---

*Judiciary Center*

*555 Fourth St. N.W.*
*Washington, D.C. 20001*

February 9, 2007

**Hand-Served in Court**
Tony Miles, Esq.
Office of the Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, DC 20004

> **Re:    _United States v. Fernando Roseles Vasquez (07-017) (JDB)_**

Dear Mr. Miles:

I am writing to provide you with a plea offer and certain information in the above-captioned case.

**I.    Plea Offer**

Your client is currently charged with the following counts: Possession of Fraudulent Documents Prescribed for Authorized Stay or Employment in the United States; and Aggravated Identity Theft.  Please contact me if your client is interested in a plea offer.

**II.    Discovery**

**A.    Documents**
Copies of the following documents are enclosed with this letter:

1.    Copy of Indictment
2.    PD 163
3.    1 page of officer's notes
4.    Criminal Incident Report
5.    Evidence/Property Control Receipt
6.    Photo of a permanent resident card, an employment authorization card, and three (3) social security cards.

B.    **Evidence**

1.    **Physical Evidence**

At trial the government may seek to introduce the physical evidence that is described on the attached police reports and those items listed below.  This evidence includes:

7.    Photographs of the scene, evidence and your client
8.    Diagrams or maps of the location where the incident occurred

2.    **Radio Run Information**

_____ The government believes there are no recorded communications relevant to this case.

____X____ The government believes that there may be recorded communications relevant to this case.  The recording will be provided consistent with the government's obligations under the Jencks Act.  Should we determine that we may use the recorded communications as evidence at trial, we will provide you a copy of the tape after we receive it.

3.    **Identification Evidence**

The government is not aware of any identification procedure used in this case.

4.    **Inspection**

Upon request, you are entitled to inspect and copy or photograph certain books, papers, documents, photographs, tangible objects, buildings or places that are within the possession, custody or control of the government.  *See* Fed. R. Crim. Pro. 16(a)(1)(E).  If you would like to view any of the evidence listed above or described on the attached police reports, please contact me immediately and we can make arrangements for you, or your certified investigator, to inspect the evidence.  These arrangements will include a condition that you not raise any objection to the admissibility of such evidence at trial because of the break in the chain-of-custody occasioned by your inspection.

5.    **Reports of Examinations or Tests and Experts**

None.

6.    **Biological Material**

None.

### C.    Rule 404(b) Evidence

The government may seek to admit evidence pursuant to FRE 404(b).  In the event that the government seeks to introduce such evidence at trial, an appropriate notice will be filed.

### D.    Defendant's Rule 16 Statements

Your client provided the arresting officer with a permanent resident card in the name of Joaquinn Rosales.  When asked whether this identification was his, your client said it was not, but that he needed the identification to work and that the picture on the card was of a friend at work. Your client made this statement pre-arrest.

Post-arrest, and before your client was advised of his rights, your client told the arresting officer that he had come to the park to get the fraudulent identifications for himself and for some friends.  Your client also stated that he met with a man who he knew as "Tiger," and that he gave "Tiger" $80.00 for his identification.  Your client further stated that his friends were also going to pay "Tiger."

### E.    Criminal Record

Please refer to the Pretrial Services Report that you receive at arraignment for further information about your client's record.  I will notify you in writing if the government learns of any criminal convictions your client may have.

### F.    Government's Discovery Requests

The government hereby makes a reverse discovery request pursuant to Fed. R. Crim. P. 16(b), including, but not limited to the following:

- notice of documents and tangible objects the defendant expects to introduce;

- a <u>Jencks</u> request for all prior statements of any defense witness (excluding the defendant);

- a <u>Lewis</u> request (for which we request the name, date of birth, sex, and social security number of each defense witness prior to trial); and

- a request for information pertaining to any expert or scientific testimony or evidence.

Pursuant to Fed. R. Crim. P. 16, we note our continuing request to receive any material pursuant to Rule 16(b) as the case proceeds.

### G.     Alibi Demand

The government makes an alibi demand pursuant to Fed. R. Crim. P. 12.1.  In accord with Rule 12.1, the government hereby notifies you that the time, date and place of the offense are indicated on the accompanying police paperwork, specifically December 6, 2006, at 3:16 p.m. at the location of 7900 16th Street, Northwest (Rabaut Park).  Pursuant to Rule 12.1, in the event you intend to offer an alibi defense, please direct the appropriate notice to the assigned AUSA within ten days.

### H.     Other Information (<u>Brady</u> / <u>Lewis</u> / <u>Giglio</u>)

The government is unaware of any <u>Brady</u> or <u>Giglio</u> information, but is aware of its continuing duty to disclose such information should it become known.  Lewis information for the government's witnesses will be provided to you at the time of trial.

## III. Contact Information

If you have any questions about the information provided above, you may contact me by telephone, fax, mail, or e-mail.  In particular, please note the correct zip code for the U.S. Attorney's Office.

Precious Murchison
Office of the United States Attorney
Federal Major Crimes Section
Room 4840
555 Fourth Street, N.W.
Washington, D.C.  20530

Office:        202-307-6080
Fax:           202-514-6080
E-mail:        precious.murchison@usdoj.gov

Sincerely,

JEFFREY A. TAYLOR
United States Attorney

By:     _____

Precious Murchison
Assistant United States Attorney

cc: District Court Case File (without attachments)

4