CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Number 07-17(JDB) |
| | ) | |
| FERNANDO VASQUEZ | ) | Category B |
| | ) | |

### REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on July 31, 2007 from Judge John D. Bates to The Calendar Committee by direction of the Calendar Committee.

(Defendant has been a fugitive for more than 90 days.)

JUDGE ELLEN SEGAL HUVELLE
Chair, Calendar and Case
Management Committee

cc:   Judge Bates & Courtroom Deputy
Chair, Calendar and Case Management Committee
Liaison, Calendar and Case Management Committee
Criminal Case Processing Clerk
U.S. Attorney—Judiciary Square Building, Room 5133
Statistical Clerk