## WARRANT FOR ARREST

CO-1 80 (Rev - DC 03/00)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA<br>V.<br>FERNANDO ROSELES VASQUEZ<br><br>DOB:         PDID# | DOCKET NO  07-0017 | MAGIS. NO |
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED | **FILED**<br>AUG 2 0 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

| WARRANT ISSUED ON THE BASIS OF: | DISTRICT OF ARREST |
|---|---|
| [■] Order of Court   [ ] Information<br>[ ] Indictment       [ ] Complaint | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Possession of Fraudulent Documents Prescribed for Authorized Stay or Employment in the United States.

Aggravated Identity Theft

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION. 18 USC 1546(a) and 18 USC 1028A(a)(1) |
|---|---|
| BAIL FIXED BY COURT | OTHER CONDITIONS OF RELEASE. |

| ORDERED BY<br>JUDGE JOHN D. BATES | JUDGE/MAGISTRATE JUDGE<br>JOHN D. BATES | DATE ISSUED<br>02/09/07 |
|---|---|---|
| CLERK OF COURT<br>Nancy Mayer-Whittington | BY DEPUTY CLERK. | DATE.<br>02/09/07 |

RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>8-20-07 | NAME AND TITLE OF ARRESTING OFFICER<br>REPORTING<br>DUSM GARY HIPPLE | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED<br>8-20-07 | | |