CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.         )<br>)<br>)<br>)<br>FERNANDO R. VASQUEZ    )<br>) | Criminal Number 07-0017<br><br>Category  B |

**REASSIGNMENT OF CRIMINAL CASE**

The above-entitled case was reassigned on <u>August 21, 2007</u> from <u>The Calendar Committee</u> to <u>Judge John D. Bates</u> by direction of the Calendar Committee.

(Defendant is no longer a fugitive.)

ELLEN S. HUVELLE<br>
Chair, Calendar and Case<br>
Management Committee

cc:   <u>Judge Bates</u> & Courtroom Deputy
       Liaison, Calendar and Case Management Committee
       Criminal Case Processing Clerk
       U.S. Attorney—Judiciary Square Building, Room 5133
       Statistical Clerk