UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

**OCT 1 2 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 07-17 (JDB) |
| | : |
| FERNANDO ROSELES VASQUEZ, | : |
| | : |
| Defendant. | : |

## FACTUAL PROFFER IN SUPPORT OF GUILTY PLEA

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and the Defendant hereby submit the following in preparation for a plea hearing in the instant case:

I.   ELEMENTS OF THE OFFENSE:

The essential elements of the offense of Possession of Fraudulent Documents Prescribed for Authorized Stay or Employment in the United States, in violation of Title 18 United States Code, Section 1546(a), each of which the Government must prove beyond a reasonable doubt, are:

1. That the Defendant possessed a forged, counterfeited, altered, or falsely made visa, permit, border crossing card, alien registration receipt card, or other document prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States;

2. That when the Defendant possessed the visa, permit, border crossing card, alien registration receipt card, or other document prescribed by statute or regulation for entry into or as evidence authorized stay or employment in the United States, he knew it to be forged, counterfeited, altered or falsely made, or to have been otherwise unlawfully obtained.

II.   COPY OF THE PLEA AGREEMENT:

A copy of the plea agreement is attached.

III.   PENALTIES:

The crime of Possession of Fraudulent Documents Prescribed for Authorized Stay or Employment in the United States carries a maximum sentence of 10 years imprisonment pursuant to Title 18, United States Code, Section 1546(a), a fine not to exceed $250,000.00 pursuant to Title 18 United States Code, Section 3571(b)(3) or a fine of twice the pecuniary gain or loss pursuant to Title 18, United States Code, Section 3571(d), and a term of supervised release of not more than three (3) years pursuant to Title 18, United States Code, Section 3583(b)(2).

IV.   STATEMENT OF THE OFFENSE:

Had this matter proceeded to trial, the Government was prepared to prove beyond a reasonable doubt that on December 6, 2006, United States Park Police Officers Sean D'Augostine and Michael Abate were on patrol in the area of Rabaut Park at 16th Street and Columbia Road, Northwest, in this District when they saw a group of men congregating in the park. Officer D'Augostine saw an unidentified male hand the Defendant a white envelope. As Officer D'Augostine approached the men, the Defendant began to walk away. As the Defendant walked away, he placed the white envelope into his left pocket.

Officer D'Augostine stopped the Defendant and asked the Defendant for his identification. The officer recovered from the Defendant a permanent resident card that contained the name and photograph of someone other than the Defendant, and a valid "A" number which had been previously issued to someone other than the Defendant. The permanent resident card was counterfeit, altered and falsely made. When the officer asked the Defendant if the permanent resident card belonged to him, the Defendant said that it did not, but that he "need[ed] the ID to work," and that the photograph on the permanent resident card was a photograph of "a friend at

work." The officer arrested the Defendant.

Following the arrest, the police searched the Defendant and recovered an employment authorization card that contained the name and photograph of someone other than the Defendant, and a valid "A" number that had been previously issued to someone other than the Defendant. The employment authorization card was also counterfeit, altered and falsely made. The police also recovered from the Defendant loose photographs of persons other than the Defendant, including a passport sized photograph that matched the photograph on the permanent resident card, and two other photographs that matched the photograph on the employment authorization card. Additionally, the police recovered three social security cards in the name of three different persons other than the Defendant. Although the three social security cards were counterfeit, altered and falsely made, each social security card contained a valid social security number that had been previously been issued to individuals other than the Defendant.

The foregoing proffer is a summary of the Defendant's participation in the offense of Possession of Fraudulent Documents Prescribed for Authorized Stay or Employment in the United States, and is not intended to be a complete account of all facts and events related to the offense. The limited purpose of this factual proffer is to demonstrate that a factual basis exists to support the Defendant's guilty plea in this case.

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. BAR NO. 489-610

BY: _____
PRECIOUS MURCHISON
Assistant United States Attorney
Maryland Bar
U.S. Attorney's Office
555 Fourth Street NW, Room 4840
Washington, DC 20530
(202) 307-6080

## DEFENDANT'S ACCEPTANCE

I have read the Government's Proffer of Evidence setting forth the facts as to my Possession of Fraudulent Documents Prescribed for Authorized Stay or Employment in the United States, in violation of Title 18, United States Code, Section 1546(a). I have discussed this proffer fully with my attorney, Tony Miles, Esquire. I fully understand this proffer and I acknowledge its truthfulness, agree to it and accept it without reservation. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this proffer fully.

Date: 12-10-07

_____
FERNANDO ROSELES VASQUEZ
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read the government's proffer of evidence as to my client's Possession of Fraudulent Documents Prescribed for Authorized Stay or Employment in the United States. I have reviewed the entire proffer with my client and have discussed it with him fully. I acknowledge my client's agreement with and acceptance of this proffer.

Date: 10/12/07

_____
TONY MILES
Counsel for Defendant

5